**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BARTAFI v. BUSH | ) | Civil No. 05-cv-0409 (EGS) |
| AL HABASHI v. BUSH | ) | Civil No. 05-cv-0765 (EGS) |
| WAHAB v. BUSH | ) | Civil No. 05-cv-0886 (EGS) |
| AHMED v. BUSH | ) | Civil No. 05-cv-1234 (EGS) |
| AL SHARBI v. BUSH | ) | Civil No. 05-cv-2348 (EGS) |
| AL SHIBH v. BUSH | ) | Civil No. 06-cv-1725 (EGS) |
| ZUHAIR v. BUSH | ) | Civil No. 08-cv-0864 (EGS) |
| AL HAKIMI v. BUSH | ) | Civil No. 08-cv-1111 (EGS) |
| SHARIFULLAH v. BUSH | ) | Civil No. 08-cv-1222 (EGS) |
| _____ | ) | |

### ORDER

By no later than 12:00 p.m. on Monday, July 28, 2008, and in a document of no more than three pages, counsel for the petitioner and counsel for the defendants are each directed to respond to the following questions:

1) Is this case in a posture for a merits resolution at this time?

2) If not, what are the impediments to a merits resolution at this time?

3) For any impediment listed in response to question 2, what is necessary to remove those impediments and proceed to a merits resolution?

4) What are your recommendations for a timely resolution of any impediments stated in answer to question 2?

For the purposes of enabling the Court to address your responses at the Status Hearing on July 29, 2008, counsel shall refrain from referencing privileged, confidential or protected material.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
       **United States District Judge**
       **July 24, 2008**